IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY D. TOLLIVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:04CV1185-M |
| | ) | [WO] |
| | ) | |
| THE CITY OF MONTGOMERY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On 10 June 2005, the City of Montgomery filed a Motion To Extend Dispositive Motion Deadline (Doc. # 24). This case is set for trial during the civil term commencing 31 October 2005, and dispositive motions are due on 3 July 2005. According to the motion, the parties are experiencing delays in the exchange of discovery which appear to be reasonable. However, a continuance of the motion deadline to 15 August 2005, as requested by the defendant, would substantially compromise the court's ability to consider the motion and issue an order before the pretrial conference now set 45 days thereafter on 30 September 2005.

Accordingly, the court deems it in the interest of justice to continue the trial of this case, and the court is advised that the parties do not object to a continuance. It is therefore

ORDERED that the motion is GRANTED. A separate Rule 16 order, including a new trial date, will be entered.

DONE this 17th day of June, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE