IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY D. TOLLIVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:04CV1185-M |
| ) | [WO] |
| ) | |
| THE CITY OF MONTGOMERY, et al., ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

Upon consideration of the Memorandum Opinion and Order on Motion entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of defendants City of Montgomery and City-County of Montgomery Personnel Board on all claims arising under the Constitution and statutes of the United States.  All remaining claims are hereby REMANDED to the Circuit Court of Montgomery County, Alabama.  Each party shall bear its own costs in this action.

DONE this 27th day of December, 2005.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE