IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY D. TOLLIVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:04CV1185-M |
| | ) | [WO] |
| | ) | |
| THE CITY OF MONTGOMERY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the parties' Joint Motion to Continue the trial of this case is DENIED as moot.  On 27 December 2005, the court entered Final Judgment in favor of the defendants (Doc. # 63).

DONE this 4th day of January, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE